# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

SANDRA K.,

        Plaintiff,

v.　　　　　　　　　　　　　　　　　　CIVIL ACTION NO.　3:24-0606

LELAND DUDEK,
Acting Commissioner of Social Security,

        Defendant.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that this Court deny Plaintiff's request for an award of benefits or remand (ECF No. 8), grant the Commissioner's request to affirm the final decision (ECF No. 9), affirm the final decision of the Commissioner, and dismiss this matter from the Court's docket. No objections to the Magistrate Judge's findings and recommendation have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DENIES** Plaintiff's request for an award of benefits or remand (ECF No. 8), **GRANTS** the Commissioner's request to affirm the final decision (ECF No. 9), **AFFIRMS** the final decision of the Commissioner, and **DISMISSES** this matter from the Court's docket, consistent with the findings and recommendation.

-2-

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: April 16, 2025

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE